No. 493. JULIUS LEVINE & CO. ET AL. *v.* AUTOMATIC PAPER MACHINE CO. ET AL. November 11, 1935. Petition for writ of certiorari to the Circuit Court of Appeals

for the Third Circuit denied. *Mr. Charles W. Hills* for petitioners. *Mr. George E. Middleton* for respondents.